## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NICHOLAS DURAN, | ) | 3:14-CV-0555-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 25, 2015 |
| | ) | |
| DALE RUTHERFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**        LISA MANN         **REPORTER:** NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for discovery (#14) is **DENIED**. This action will be stayed for ninety days for the purpose of conducting a mediation conference. The court will issue a discovery plan and scheduling order at the appropriate time.

Plaintiff's motion to join civil rights cases together as a class action lawsuit (#16) is **DENIED**.

**IT IS SO ORDERED.**

                                                        LANCE S. WILSON, CLERK

                                            By:            /s/
                                                        Deputy Clerk